GEORGE D. HIX, Respondent, v. EDWARD J. DEEGAN, Doing Business as E. J. DEEGAN MANUFACTURING Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, on the authority of *Soporito* v. *Hetzler Foundries, Inc.* (295 N. Y. 922) and *Surace* v. *Pfaudler Co.* (295 N. Y. 923) with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 822.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONTINENTAL BANK & TRUST Co. OF NEW YORK, as Trustee, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [192 Lexington Ave., Borough of Manhattan.] — Order unanimously modified by fixing the value of the building as follows:

| | |
|---|---|
| 1939–40 | $350,000 |
| 1940–41 | 345,000 |
| 1941–42 | 340,000 |
| 1942–43 | 335,000 |
| 1943–44 | 330,000 |
| 1944–45 | 325,000 |

As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

KITTY TROFIN, Appellant, v. ARTHUR F. STOIBER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. MILAN HELENIEK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Individually and as Trustee under the Will of FRANK H. JONES, Deceased, and as Trustee under an Agreement between MARIE E. H. JONES and the SAID BANK, Respondent, v. WARDWELL JONES et al., Respondents, and MARIE E. H. JONES, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

BANK OF NEW YORK, Respondent, v. BREMERTON APARTMENTS, INC., et al., Defendants, and BREMERTON HOLDING CORP., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.